O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY M. DAVIS,<br><br>   Petitioner,<br><br>  v.<br><br>WARREN L. MONTGOMERY,<br><br>Warden, et al.,<br><br>   Respondents. | Case No. 2:20-cv-02955-DSF-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the Petition and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition without prejudice.

Date: June 8, 2020

_Dale S. Fischer_

Dale S. Fischer
United States District Judge