JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GARY M. DAVIS,

          Petitioner,

    v.

WARREN   L.   MONTGOMERY,
Warden, et al.,

          Respondents.

Case No. 2:20-cv-02955-DSF-KES

**JUDGMENT**

    Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed without prejudice.

Date: June 8, 2020

Dale S. Fischer
United States District Judge